# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0103
LT Case No. 2024-CC-040808

_____

TERRY GOLD,

   Appellant,

   v.

STATE FARM FLORIDA
INSURANCE COMPANY,

   Appellee.

_____

On appeal from the County Court for Brevard County.
D. Curtis Jacobus, Judge.

Benjamin Korn, of The Law Office of Benjamin Korn, Orlando,
for Appellant.

Kristi Bergemann Rothell, of Rothell Law Group, P.A.,
Greenacres, for Appellee.

December 16, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————